**COMMONWEALTH of Pennsylvania,**
**Petitioner**

v.

**Jason HOOVER, Respondent.**

Supreme Court of Pennsylvania.

May 23, 2014.

### ORDER

PER CURIAM.

**AND NOW,** this 23rd day of May 2014, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues.[1] The issue, as worded by petitioner, is:

> Whether the Superior Court erred when it concluded that the trial court abused its discretion in admitting into evidence respondent's prior conviction?

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Joseph W. PILCHESKY, Petitioner.**

Supreme Court of Pennsylvania.

May 23, 2014.

### ORDER

PER CURIAM.

**AND NOW,** this 23rd day of May, 2014, Motion to Expedite, the Application for Leave to Submit Addendum and the Petition for Allowance of Appeal are hereby **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Appellee**

v.

**Richard Scott BAUMHAMMERS,**
**Appellant.**

Supreme Court of Pennsylvania.

Submitted on Briefs Feb. 19, 2013.
Decided May 27, 2014.

---

1. Petitioner articulates five issues in its Petition for Allowance of Appeal. We grant review of the first issue, which appears to encompass the remaining issues articulated by petitioner. Allowance of appeal is denied with respect to the remaining issues for the purposes of avoiding any duplicative or redundant briefing.